UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JACOB UNGER, individually and on behalf of
all others similarly situated,

                                Plaintiff,                 **<u>ORDER</u>**

v.

                                              20-cv-05555 (PMH)

U.S. BANK NATIONAL ASSOCIATION,
GROSS POLOWY, LLC, JOHN DOES 1-25,

                                Defendants.
--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        The Court has been informed that the parties have reached a settlement in principle in this case. (Doc. 16). Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

Dated: New York, New York
        September 11, 2020

                                     _____
                                     Philip M. Halpern
                                     United States District Judge